**Silviano RUIZ PEREZ, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 06–74148.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 28, 2009.

Noam Mendelson, Mendelson & Associates, Daly City, CA, for Petitioner.

Ada Elsie Bosque, Lyle Davis Jentzer, Esquire, OIL, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Silviano Ruiz Perez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") order denying his application for adjustment of status and waiver under 8 U.S.C. § 1182(i). We dismiss the petition for review.

We generally lack jurisdiction by statute to review the agency's discretionary deci-

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

sion to deny a waiver under 8 U.S.C. § 1182(i). See 8 U.S.C. § 1182(i)(2) ("No court shall have jurisdiction to review a decision on action of the Attorney General regarding a waiver under paragraph 1"). Ruiz Perez's due process challenge does not amount to a colorable constitutional claim that would invoke our jurisdiction. See Martinez–Rosas v. Gonzales, 424 F.3d 926, 930 (9th Cir.2005).

We also lack jurisdiction to review Ruiz Perez's contention of IJ bias because he failed to raise that issue before the BIA and thereby failed to exhaust his administrative remedies. See Barron v. Ashcroft, 358 F.3d 674, 678 (9th Cir.2004) (explaining that this court lacks jurisdiction to review contentions not raised before the agency).

**PETITION FOR REVIEW DISMISSED.**